**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Madie Green, | : |
| Plaintiff, | : Civil Action No.: 09-cv-0197-PJM |
| v. | : |
| Bronson and Miggliacio, LLP, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby discontinued against Defendant Bronson and Miggliacio, LLP, with prejudice and without costs to any party.  Each party is to pay their own costs and attorney fees.


 __/s/ Forrest E. Mays_____            _/s/ Ronald S. Carter_____

Forrest E. Mays, Esq.                         Ronald S. Canter
2341 N. Forrest Drive, Suite 90               The Law Offices of Ronald S Canter LLC
Annapolis, MD 21403                           11300 Rockville Pike Ste 1200
Telephone: (410) 267-6297                     Rockville , MD 20852-3040
Attorney for Plaintiff                        Telephone: (301) 770-7490
                                              Attorney for Defendant


_____
SO ORDERED